# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149246-7(74)

MICHAEL LEGO and PAMELA LEGO,
       Plaintiffs-Appellees,

v

JAKE LISS,
       Defendant-Appellant.

_____/

SC: 149246
COA: 312392
Wayne CC: 12-007085-NO

MICHAEL LEGO and PAMELA LEGO,
       Plaintiffs-Appellees,

v

JAKE LISS,
       Defendant-Appellant.

_____/

SC: 149247
COA: 312406
Wayne CC: 12-007085-NO

On order of the Chief Justice, the defendant-appellant's motions for immediate consideration, to extend the time for filing his appeal brief, and to preserve oral argument are GRANTED. The appeal brief submitted on February 17, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2015



Clerk